# First District Court of Appeal
## State of Florida

_____

No. 1D20-1994
_____

ANTHONY R. BAKER JR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 23, 2020

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

MAKAR, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony R. Baker Jr, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.